# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§
Thomas M Stepanek § Case No. 15-05114
Diane L Stepanek §
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2015           By: /s/ Zane L. Zielinski
                                              Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Thomas M Stepanek § Case No. 15-05114
Diane L Stepanek §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 18,344.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 18,334.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 2,584.40 | $ 0.00 | $ 2,584.40 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,584.40 |
| Remaining Balance | $ 15,749.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,768.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rush Copley Medical Center, Inc. | $ 33,519.88 | $ 0.00 | $ 14,759.63 |
| 2 | Capital One, N.A. | $ 595.02 | $ 0.00 | $ 262.00 |
| 3 | American Infosource Lp As Agent For | $ 196.98 | $ 0.00 | $ 86.74 |
| 4 | Merrick Bank | $ 1,456.27 | $ 0.00 | $ 641.23 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,749.60 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
                            Chapter 7 Trustee

*Zane L. Zielinski*
*105 West Madison*
*Suite 1500*
*Chicago, Illinois 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                       Case No. 15-05114-BWB
Thomas M Stepanek                                            Chapter 7
Diane L Stepanek
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt                Page 1 of 2                  Date Rcvd: Oct 16, 2015
                              Form ID: pdf006              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2015.
db/jdb         +Thomas M Stepanek,    Diane L Stepanek,    306 Millstream Ln,    Oswego, IL 60543-8274
22934486       +Avenue 1000 Realty Ltd,    1999 W. 75th Street,    Woodridge, IL 60517-2610
23463802        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
22934487       +Chase,   % Pierce & Associates,    1 N Dearborn #1300,    Chicago, IL 60602-4373
22934488       +Diverse Funding Group,    352 Sonwil Dr.,    Cheektowaga, NY 14225-5520
22934489        Dreyer Medical Clinic,    % ICS,   PO Box 1010,    Tinley Park, IL 60477-9110
22934490        Dreyer Medical Group Ltd,    PO Box 105173,    Atlanta, GA 30348-5173
22934491       +DuPage Medical Group,    % Merchants' Credit Guide Co,    223 W Jackson Blvd #700,
                 Chicago, IL 60606-6914
22934492       +First Dental,   8 W. Gartner Rd.,    Naperville, IL 60540-7562
22934493       +Forest Recovery Svcs/M&M Orthopaedi,    % Charles G McCarthy Jr & Assoc,    PO Box 1045,
                 Bloomington, IL 61702-1045
22934495        GE Money Bank,    % Meyer & Njus PA, Attys,    1100 US Bank Plz - 200 S Sixth St,
                 Minneapolis, MN 55402
22934498        Macy's,   PO Box 183083,    Columbus, OH 43218-3083
22934499        Merrick Bank,   % Blatt,Hasenmiller,Leibsker&Moore,     125 S Wacker Dr; Ste 400,
                 Chicago, IL 60606-4440
22934500       +Naperville Radiologists,    % ATG Credit LLC,    PO Box 14895,   Chicago, IL 60614-8542
22934502        Rush Copley Medical Center Inc,    % Dreyer Foote Streit Furgason,    & Slocum - 1999 W Downer Pl,
                 Aurora, IL 60506
23373031       +Rush Copley Medical Center, Inc.,    c/o Michael Huseman,    1999 West Downer Place,
                 Aurora, IL 60506-4776
22934505       +The State of Illinois Dept. Revenue,    c/o Arnold Scott Harris,    111 W. Jackson Blvd,
                 Chicago, IL 60604-3589
22934506        US Cellular,   % Diversified Consultants Inc,    PO Box 1022,    Wixom, MI 48393-1022
22934508        VNA Health Care,    400 N Highland Ave,   Aurora, IL 60506-3814
22934507       +Valley Imaging Consultants,    % ATG Credit LLC,    PO Box 14895,   Chicago, IL 60614-8542
22934509       +Womens Healthcare Associates,    % ATG Credit LLC,    PO Box 14895,   Chicago, IL 60614-8542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23529822        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 17 2015 01:23:56
                 American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
22934494        E-mail/Text: bankolist@praxis-financial.com Oct 17 2015 01:13:36      GE Capital Retail Bank,
                 % Praxis Financial Solutions Inc,    7301 N Lincoln Ave; Ste 220,   Lincolnwood, IL 60712-1733
22934496       +E-mail/Text: des.claimantbankruptcy@illinois.gov Oct 17 2015 01:14:44
                 ILL Dept of Employment Security,    Benefit Repayments,    P.O. Box 19286,
                 Springfield, IL 62794-9286
22934497        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 17 2015 01:11:57      Kohl's Payment Center,
                 PO Box 2983,   Milwaukee, WI 53201-2983
23631410        E-mail/Text: bkr@cardworks.com Oct 17 2015 01:11:20      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
22934501        E-mail/Text: asaravia@dsgcollect.com Oct 17 2015 01:12:43      Rush Copley Medical Center,
                 % DSG Collect,   PO Box 12619,    Chicago, IL 60612-0619
22934503       +Fax: 773-272-0602 Oct 17 2015 02:10:42     Rush Copley Memorial Hospital,
                 % Medical Recovery Specialists LLC,    2250 E Devon Ave; Ste 352,   Des Plaines, IL 60018-4519
22934504        E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2015 01:22:42      Synchrony Bank/JCP,
                 PO Box 960090,   Orlando, FL 32896-0090
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2015                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dpruitt              Page 2 of 2                  Date Rcvd: Oct 16, 2015
                              Form ID: pdf006            Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2015 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen J West     on behalf of Debtor Thomas M Stepanek tmalaw@sjwlawott.com
              Stephen J West     on behalf of Joint Debtor Diane L Stepanek tmalaw@sjwlawott.com
              Zane L. Zielinski     zzielinski@wfactorlaw.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                               TOTAL: 4
```