# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Thomas M Stepanek § | Case No. 15-05114 |
| Diane L Stepanek § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 266,550.00 *(Without deducting any secured claims)* | Assets Exempt: 3,960.00 |
| Total Distributions to Claimants: 15,749.60 | Claims Discharged Without Payment: 501,806.55 |
| Total Expenses of Administration: 2,594.40 | |

3) Total gross receipts of $ 18,344.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,344.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 429,800.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,594.40 | 2,594.40 | 2,594.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,451.00 | 35,768.15 | 35,768.15 | 15,749.60 |
| **TOTAL DISBURSEMENTS** | $ 488,251.00 | $ 38,362.55 | $ 38,362.55 | $ 18,344.00 |

    4)  This case was originally filed under chapter 7 on  02/17/2015 . The case was pending for 15 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 05/09/2016             By:/s/Zane L. Zielinski
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance for Thomas Stepanek | 1229-000 | 18,344.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,344.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase % Pierce & Associates 1 N Dearborn #1300 Chicago, IL 60602 | | 429,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 429,800.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 2,584.40 | 2,584.40 | 2,584.40 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,594.40 | $ 2,594.40 | $ 2,594.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avenue 1000 Realty Ltd 1999 W. 75th Street Woodridge, IL 60517 | | 225.00 | NA | NA | 0.00 |
| | Diverse Funding Group 352 Sonwil Dr. Cheektowaga, NY 14225 | | 1,936.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic % ICS PO Box 1010 Tinley Park, IL 60477-9110 | | 116.00 | NA | NA | 0.00 |
| | Dreyer Medical Group Ltd PO Box 105173 Atlanta, GA 30348-5173 | | 168.00 | NA | NA | 0.00 |
| | DuPage Medical Group % Merchants' Credit Guide Co 223 W Jackson Blvd #700 Chicago, IL 60606 | | 202.00 | NA | NA | 0.00 |
| | First Dental 8 W. Gartner Rd. Naperville, IL 60540 | | 86.00 | NA | NA | 0.00 |
| | Forest Recovery Svcs/M&M Orthopaedi % Charles G McCarthy Jr & Assoc PO Box 1045 Bloomington, IL 61702 | | 214.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank % Meyer & Njus PA, Attys 1100 US Bank Plz - 200 S Sixth St Minneapolis, MN 55402 | | 1,349.00 | NA | NA | 0.00 |
| | ILL Dept of Employment Security Benefit Repayments P.O. Box 19286 Springfield, IL 62794 | | 2,774.00 | NA | NA | 0.00 |
| | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201-2983 | | 595.00 | NA | NA | 0.00 |
| | Macy's PO Box 183083 Columbus, OH 43218-3083 | | 362.00 | NA | NA | 0.00 |
| | Naperville Radiologists % ATG Credit LLC PO Box 14895 Chicago, IL 60614-4895 | | 33.00 | NA | NA | 0.00 |
| | Rush Copley Medical Center Inc % Dreyer Foote Streit Furgason & Slocum - 1999 W Downer Pl Aurora, IL 60506 | | 30,496.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Copley Memorial Hospital % Medical Recovery Specialists LLC 2250 E Devon Ave; Ste 352 Des Plaines, IL 60018-4521 | | 10,332.00 | NA | NA | 0.00 |
| | Synchrony Bank/JCP PO Box 960090 Orlando, FL 32896-0090 | | 472.00 | NA | NA | 0.00 |
| | The State of Illinois Dept. Revenue c/o Arnold Scott Harris 111 W. Jackson Blvd Chicago, IL 60604 | | 1,571.00 | NA | NA | 0.00 |
| | Valley Imaging Consultants % ATG Credit LLC PO Box 14895 Chicago, IL 60614-4895 | | 749.00 | NA | NA | 0.00 |
| | VNA Health Care 400 N Highland Ave Aurora, IL 60506-3814 | | 125.00 | NA | NA | 0.00 |
| | Womens Healthcare Associates % ATG Credit LLC PO Box 14895 Chicago, IL 60614-4895 | | 183.00 | NA | NA | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | 197.00 | 196.98 | 196.98 | 86.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One, N.A. | 7100-000 | 3,938.00 | 595.02 | 595.02 | 262.00 |
| 4 | Merrick Bank | 7100-000 | 2,011.00 | 1,456.27 | 1,456.27 | 641.23 |
| 1 | Rush Copley Medical Center, Inc. | 7100-000 | 317.00 | 33,519.88 | 33,519.88 | 14,759.63 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 58,451.00 | $ 35,768.15 | $ 35,768.15 | $ 15,749.60 |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 15-05114 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Thomas M Stepanek | | | | Date Filed (f) or Converted (c): | 02/17/2015 (f) |
| | Diane L Stepanek | | | | 341(a) Meeting Date: | 03/12/2015 |
| For Period Ending: | 05/09/2016 | | | | Claims Bar Date: | 09/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 265,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 800.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 60.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles, trucks, trailers, and other vehicles and access | 4,000.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles, trucks, trailers, and other vehicles and access | 500.00 | 0.00 | | 0.00 | FA |
| 8. Inheritance for Thomas Stepanek (u) | 0.00 | 23,975.83 | | 18,344.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $270,510.00        $23,975.83        $18,344.00        $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee submitted a final report on October 15, 2015, and it is set for hearing on November 20, 2015.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Location: 306 Millstream Ln, Oswego Il 60543 |
| RE PROP # | 2 | -- | Checking Account - Chase |
| RE PROP # | 3 | -- | Savings Account - Bmo Harris |
| RE PROP # | 4 | -- | Miscellaneous Household Goods, Furniture & Furnishings. |
| RE PROP # | 6 | -- | 2006 Ford Escape |
| RE PROP # | 7 | -- | 1997 Dodge |
| RE PROP # | 8 | -- | Inheritance for Thomas Stepanek |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-05114 | Trustee Name: Zane L. Zielinski |
| Case Name: Thomas M Stepanek | Bank Name: Associated Bank |
| Diane L Stepanek | Account Number/CD#: XXXXXX4420 |
| | Checking |
| Taxpayer ID No: XX-XXX3462 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/15 | 8 | Thomas Stepanek<br>Cashier's Check<br>BMO Harris Bank | Thomas Stepanek's portion from the liquidation of inherited real estate | 1229-000 | $18,344.00 | | $18,344.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $18,334.00 |
| 11/20/15 | 5001 | Zane L. Zielinski<br>105 WEST Madison; suite 1500<br>Chicago, Illinois 60602 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,584.40 | $15,749.60 |
| 11/20/15 | 5002 | Rush Copley Medical Center, Inc.<br>C/O Michael Huseman<br>1999 West Downer Place<br>Aurora, Il 60506 | Final distribution to claim 1 representing a payment of 44.03 % per court order. | 7100-000 | | $14,759.63 | $989.97 |
| 11/20/15 | 5003 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 44.03 % per court order. | 7100-000 | | $262.00 | $727.97 |
| 11/20/15 | 5004 | American Infosource Lp As Agent For Us Cellular<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 3 representing a payment of 44.03 % per court order. | 7100-000 | | $86.74 | $641.23 |
| 11/20/15 | 5005 | Merrick Bank<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Final distribution to claim 4 representing a payment of 44.03 % per court order. | 7100-000 | | $641.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $18,344.00 | $18,344.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,344.00 | $18,344.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,344.00 | $18,344.00 |

Page Subtotals:    $18,344.00    $18,344.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4420 - Checking | $18,344.00 | $18,344.00 | $0.00 |
|  | $18,344.00 | $18,344.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,344.00 |
| Total Gross Receipts: | $18,344.00 |

Page Subtotals:  $0.00    $0.00